IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF TENNESSEE, EASTERN DIVISION

UNITED STATES OF AMERICA )
)
)
vs. ) NO. 1:18-10104-STA
)
)
GARY OSBORNE, )
)
       Defendant )

ORDER CONTINUING SENTENCING HEARING AND NOTICE OF RESETTING

    Upon Motion of the Defendant, Gary Osborne and the Government having no objection;

    IT IS HEREBY ORDERED THAT the Defendant's sentencing presently set for August 6, 2019 @ 9:00 a.m. is reset to **September 24, 2019 at 2:15p.m.**

    IT IS SO ORDERED this 5th day of August, 2019.

                                s/S. Thomas Anderson

                                CHIEF UNITED STATES DISTRICT JUDGE